# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER SCHEDULING ARRAIGNMENT** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:11-cr-076-02 |
| Patrick Shaun Crowe, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's arraignment is scheduled for November 16, 2011, at 11:00 a.m. at the U.S. Courthouse in Bismarck, North Dakota (courtroom #2), before the undersigned.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2011.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge